UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN ZEPEDA,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, INC.,<br><br>Defendant. | CASE NO. CV F 13-0571 LJO SKO<br><br>**ORDER AFTER SETTLEMENT**<br>**(Doc. 13.)** |

In response to this Court's September 11, 2013 order, plaintiff's counsel filed his declaration that this action has been settled and that plaintiff's counsel awaits receipt of settlement funds. Despite the September 11, 2013 order's clear directive, the parties fail to demonstrate good cause for failure to dismiss timely this action. Although this Court contemplates to impose a $400 sanction on each of the parties' counsel, this Court GRANTS a one-time extension and ORDERS the parties, no later than October 22, 2013, to file papers to dismiss this action in its entirety.

Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

1

This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated: **October 15, 2013**

**/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE