D. MITCHELL TAYLOR (SBN 109444)
Attorney at Law
599 E. Serena Avenue
Fresno, California 93720
Telephone:  (559) 434-9025
Facsimile:   (559) 434-9026

Attorney for Plaintiff, CARMEN ZEPEDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN ZEPEDA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No.: 1:13-CV-00571-LJO-SKO<br><br>Hon. Lawrence J. O'Neill<br><br>**STIPULATION OF DISMISSAL;** ORDER<br><br><br><br>SHEILA K. OBERTO<br>U.S. MAGISTRATE JUDGE |

　　　It is hereby stipulated by and between Plaintiff, CARMEN ZEPEDA, and Defendant, EQUIFAX INFORMATION SERVICES, LLC, by and between counsel of record that this action is settled.

　　　Therefore, it is Ordered by the Court that the Court may make and enter its Order

///

///

///

///

dismissing this action in its entirety with prejudice.

DATED:  October 21, 2013          LAW OFFICE OF D. MITCHELL TAYLOR


                                  By /s/ D. MITCHELL TAYLOR
                                     Attorney for Plaintiff, CARMEN ZEPEDA



DATED:  October 21, 2013          NOKES & QUINN


                                  By /s/ THOMAS P. QUINN JR
                                     Attorney for Defendant, EQUIFAX
                                     INFORMATION SERVICES LLC


**ORDER**

Based on the parties' stipulation, this Court DISMISSES with prejudice this entire action and all claims and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated:   **October 21, 2013**                /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE